No. —, Original. *Ex parte:* IN THE MATTER OF OREGON EILERS MUSIC HOUSE, PETITIONER. Submitted October 4, 1921. Decided October 24, 1921. Motion for leave to file petition for a writ of prohibition herein denied. *Mr. Will R. King, Mr. Thomas Mannix* and *Mr. C. A. A. McGee* for petitioner. *Mr. Levi Cooke* and *Mr. William C. Bristol* for respondent.

No. 370. LEHIGH VALLEY RAILROAD COMPANY *v.* JOHN LYSAGHT, LIMITED. Error to the Circuit Court of Appeals for the Second Circuit. Motion to dismiss or affirm submitted October 17, 1921. Decided October 24, 1921. *Per Curiam.* Dismissed for lack of jurisdiction in this court upon the authority of *Southern Pacific Co.* v. *Stewart,* 245 U. S. 359. *Mr. Charles A. Boston, Mr. Edgar H. Boles, Mr. George S. Hobart* and *Mr. Lindley M. Garrison* for plaintiff in error. *Mr. W. Kintzing Post* for defendant in error.

No. 43. PHILADELPHIA & READING RAILWAY COMPANY *v.* AMY SMITH. Certiorari to the Supreme Court of the State of Pennsylvania. Submitted October 17, 1921. Decided November 7, 1921. *Per Curiam.* Reversed with costs, upon authority of *Philadelphia & Reading Ry. Co.* v. *Di Donato,* 256 U. S. 327. *Mr. George Gowen Parry* for petitioner. *Mr. Roscoe R. Koch* for respondent.